IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

       Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

       Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. 17) is
**GRANTED**.  The currently operative Scheduling Order (Doc. 13) is amended to allow
the parties up to and including two weeks from the date Plaintiffs receive Defendant
UMR's responses to Plaintiffs' July 2, 2009 discovery requests to amend pleadings and
join parties.

---

Dated:  July 31, 2009