IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK-KMT**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

        Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

        Defendant.

## ORDER

Kane, J.

1. Plaintiff's Motion to Amend Complaint (doc. #19), filed August 20, 2009, is GRANTED. The Amended Complaint is accepted as filed.

2. UMR's Motion for Judgment on the Pleadings (doc. #21), is DENIED.

3. Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Kathleen M. Tafoya is designated to conduct proceedings in this civil action as follows: **Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.**

Dated this 15th day of September, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court