IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

>Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

>Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion to Amend the Scheduling Order to Extend the Expert Disclosure Deadlines is GRANTED. The Scheduling and Discovery Order is amended as follows:

> *(3) The parties shall designate all experts and provide opposing counsel*
>
> *and any pro se party with all information specified in*
>
> *Fed.R.Civ.P.26(a)(2) on or before November 16, 2009.*
>
> *(4) The parties shall designate all rebuttal experts and provide*
>
> *opposing counsel and any pro se party with all information specified in*
>
> *Fed.R.Civ.P.26(a)(2) on or before December 16, 2009.*

Dated: September 24, 2009