IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

        Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Third Motion to Amend the Scheduling Order to Extend the Expert Disclosure Deadlines (doc. #32), filed November 12, 2009, is **GRANTED**.  The Scheduling and Discovery Order is amended as follows:

> *(3) The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P.26(a)(2) on or before December 18, 2009.*
>
> *(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P.26(a)(2) on or before January 20, 2010.*

Dated:  November 13, 2009