IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

        Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend the Scheduling and Discovery Order (doc. #41), filed December 14, 2009, is **GRANTED.** Deadlines are extended as follows:

| EVENT | DEADLINE |
|---|---|
| Discovery Cut-off | January 15, 2010 |
| Designation of experts and providing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | January 26, 2010 |
| Designation of rebuttal experts and providing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | February 26, 2010 |
| Filing of Dispositive motions | February 26, 2010 |

Dated:  December 15, 2009