IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-494-JLK**

**CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation**,

        Plaintiffs,

v.

**UMR, INC., a Delaware corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend Minute Order (doc. #43), filed January 26, 2010, is STRICKEN, and shall be refiled as a Motion to Amend Scheduling Order, which will be granted only upon a showing of good cause and with notice to clients in accordance with Fed. R. Civ. P. 16(b)(4) and D. Colo.L.R.Civ. 6.1D and 16.1.  Efforts, intended or otherwise, to circumvent standards for obtaining new or independent relief by moving to "amend" previously issued minute orders are improper and will not be countenanced.

Dated:  January 27, 2010