IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-494-JLK-KMT

CRAIG HOSPITAL, et al.,

Plaintiffs,

v.

UMR, INC., a Delaware corporation, and
UMR CARE MANAGEMENT, LLLP, a Delaware corporation

Defendants.
_____

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**
_____

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Scheduling Order to Extend Deadlines for Discovery, Expert Disclosures, and Dispositive Motions, (doc. #45), filed February 1, 2010.  It is

**ORDERED** that the Motion is **GRANTED.**  The Scheduling Order (doc. #13) is further amended as follows:

| EVENT | DEADLINE |
|---|---|
| Non-Expert Discovery Cutoff | February 12, 2010 |
| Designation of experts and providing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | March 19, 2010 |
| Designation of rebuttal experts and providing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | April 9, 2010 |
| Filing of Dispositive Motions | April 9, 2010 |
| Expert Discovery Cutoff | April 30, 2010 |

Dated February 1st , 2010.

BY THE COURT:

*s/John L. Kane*
United States District Court Judge