IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-494-JLK-KMT

CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, PC, a Colorado professional corporation,

Plaintiffs,

v.

UMR, INC., a Delaware corporation, and
UMR CARE MANAGEMENT, LLLP, a Delaware corporation.

Defendants.

---

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

---

**THE COURT,** having reviewed the Stipulation of Dismissal with Prejudice filed by Plaintiffs and Defendants and being fully advised in the premises, hereby dismisses this action with prejudice, each party to pay their own costs and attorney fees.

Dated: June 1, 2010.

BY THE COURT:

*s/John L. Kane*
United States District Court Judge